# UNITED STATES DISTRICT COURT
# EASTER DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| ARAB AMERICAN CIVIL RIGHTS LEAGUE ("ACRL"), SAMIR ALMASMARI, SABAH ALMASMARY, HANA ALMASMARI, MOUNIRA ATIK, WALID JAMMOUL, ABUBAKER, ABBASS, on behalf of themselves and others similarly situated, | : : : : : | No. 2:17-cv-10310-VAR-SDD NOTICE OF RELEVANT AUTHORITY |
| Plaintiffs, | : | |
| v. | : | |
| DONALD TRUMP, President of the United States, U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"), U.S. CUSTOMS AND BORDER PROTECTION ("CBP"), JOHN KELLY, Secretary of DHS, KEVIN K. MCALEENAN, Acting Commissioner of CBP, | : : : : | |
| Defendants. | | |

Defendants hereby give notice of legal authority relevant to this litigation: a memorandum issued on Wednesday, February 1, 2017 by Donald F. McGahn II, Counsel to the President. Attached is a copy of the memorandum, which clarifies, among other things, that Section 3(c) of the President's January 27, 2017, Executive Order, Protecting the Nation From Foreign Terrorist Entry Into the

United States, which suspends for 90 days the entry into the United States of certain aliens from countries referred to in section 217(a)(12) of the Immigration and Nationality Act (INA), 8 U.S.C. 1187(a)(12), does not apply to lawful permanent residents of the United States.

Date:  February 2, 2017         Respectfully submitted.

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

s/ Gisela A. Westwater
GISELA A. WESTWATER
Assistant Director
District Court Section
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, DC  200044
(202) 532-4174
gisela.westwater@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Michigan by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system

.

Dated:  February 2, 2017         s/ Gisela A. Westwater
GISELA A. WESTWATER
Senior Litigation Counsel
District Court Section
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, DC  200044
(202) 532-4174
gisela.westwater@usdoj.gov

*Counsel for Defendants*