UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

ARAB AMERICAN CIVIL
RIGHTS LEAGUE, et al.,

    Plaintiffs,                                 Case No. 17-10310
                                                   Honorable Victoria A. Roberts

v.

DONALD TRUMP, et al.,

    Defendants.
_____/

**ORDER REGARDING PLAINTIFFS' MOTION
FOR TEMPORARY RESTRAINING ORDER [Doc. 5]**

On January 27, 2017, President Donald Trump issued an Executive Order titled, "Protecting the Nation From Foreign Terrorist Entry Into the United States." Among other things, this Executive Order affects travel to and from the United States of lawful permanent residents and other non-citizens from seven designated countries.

On February 2, 2017, Plaintiffs filed an *ex parte* motion for temporary restraining order. [Doc. 5]. Ultimately, they seek a permanent injunction that "prohibits the denial of entry into the United States of legal permanent residents and those with valid immigrant visas on the basis of [the] January 27, 2017 Executive Order." Four of the named Plaintiffs are lawful permanent residents.

The remaining Plaintiffs are an immigrant who was issued a visa to enter the United States as a lawful permanent resident; a United States citizen whose nine-year-old son was denied a visa to join his family in the United States; and the Arab American Civil Rights League, whose members have been adversely affected by the Executive Order. These Plaintiffs seek relief that is not addressed in this order.

Upon the filing of the motion for temporary restraining order, the Court held a telephone conference. Attending were Nabih Ayad, Kassem Dakhlallah, and Ali Hammoud for Plaintiffs, and Gisela Westwater, Briana Yuh, and Adrian Pander for Defendants. During the call, counsel for Defendants pointed out that the White House issued a memorandum on February 1, 2017, which clarifies that the Executive Order does not apply to lawful permanent resident of the United States. After the hearing, Defendants filed the memorandum setting forth the clarification. [*See* Docs. 7, 7-1].

Based on this clarification, the Court orders that the United States is **PERMANENTLY ENJOINED** from applying Sections 3(c) and 3(e) of the January 27, 2017 Executive Order against lawful permanent residents of the United States.

This injunction applies to Plaintiffs Samir Almasmari, Sabah Almasmary, Hana Almasmari, and Mounira Atik, as well as all other lawful permanent residents of the United States who are similarly situated.

After additional briefing, the Court will rule on the temporary restraining order request of the remaining Plaintiffs.

**IT IS ORDERED**.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  February 2, 2017

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on February 2, 2017.

s/Linda Vertriest
Deputy Clerk

2