UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ARAB AMERICAN CIVIL RIGHTS LEAGUE, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, *et al*. <br><br> Defendants. | No. 17-cv-10310-VAR-SDD <br><br> [PROPOSED] ORDER |

This Court, having considered the pleadings, exhibits, and Defendants' Motion to Dissolve Injunction and Amend Order:

HEREBY VACATES the Order issued by the Court on February 2, 2017. [Doc. 8.].  The Court also confirms hereby that the Executive Order does not apply to Lawful Permanent Residents as explained in the guidance issued by the White House Counsel on February 1, 2017.

After additional briefing, the Court will rule on the temporary restraining order request of the remaining Plaintiffs.

**IT IS ORDERED.**

S/_____
Victoria A. Roberts
United States District Judge

Dated: February __, 2017