UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARAB AMERICAN CIVIL
RIGHTS LEAGUE, et al.,

      Plaintiffs,                    Civil No. 17-10310
                                      Hon. VICTORIA A. ROBERTS
                                      Mag. Judge Stephanie Dawkins Davis

v.

DONALD TRUMP, et al.,

      Defendants.

**ORDER GRANTING CONSENTED TO MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISSOVLE INJUNCTION**

It is hereby ORDERED that Defendants' Consented to Motion for Enlargement of Time to File Reply to Plaintiffs' Opposition to Motion to Dissolve Injunction [doc 21] is GRANTED. Defendants' deadline to file Reply brief is hereby extended from February 8, 2017 at 1:00 pm, up to February 9, 2017 at 10:00 am.

Date:  February 8, 2017            S/Victoria A. Roberts
                                                  Victoria A. Roberts
                                                  United States District Judge