UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARAB AMERICAN CIVIL
RIGHTS LEAGUE, et al.,

      Plaintiffs,                             Civil No. 17-10310
                                                Hon. VICTORIA A. ROBERTS
                                                Mag. Judge Stephanie D. Davis

v.

DONALD TRUMP, et al.,

      Defendants.
_____/

## MOTION TO FILE STATUS UPDATE

In response to the Court's recent communications, Defendants, by and through counsel, respectfully request permission to file a status update with this Court on Monday, February 13, 2017, and additionally request the Court defer ruling on Defendants' pending Motion to Dissolve Injunction and Amend Order Regarding Plaintiffs' Motion for Temporary Restraining Order until such time as Defendants have updated the Court on their position in light of recent developments. Defendants are currently assessing the impact of the Ninth Circuit's decision issued last night in *Washington v. Trump*, as well as other developments nationwide, on Defendants' position in this litigation. Without additional time to confer with our clients regarding these matters, undersigned counsel will not be able to adequately address

1

the Court's inquiries. Defendants intend to update the Court on Monday regarding Defendants' position and beg this Court's indulgence to (1) authorize such a filing and (2) to hold off ruling on the pending matter until such time as Defendants are able to file their update with this Court. Given the current nationwide order enjoining the enforcement of the Executive Order, Defendants believe the delay will not prejudice the parties or the Court.

Pursuant to EDMI Local Rule 7.1, Government counsel sought concurrence with opposing counsel. Opposing counsel consented to the filing of a status update.

Dated: February 10, 2017  Respectfully Submitted,

CHAD A. READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

GISELA A. WESTWATER
Assistant Director

JOSHUA S. PRESS
Trial Attorney

s/ Briana Yuh
BRIANA YUH
Trial Attorney
District Court Section
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, DC 200044
Telephone: (202) 532-4165

2

Facsimile: (202) 305-7000
Briana.Yuh@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATION OF SERVICE**

I hereby certify that on February 10, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Helal A. Farhat
Hfarhat@saflegal.com

Kassem M. Dakhlallah
Kassemdakhlallah@aol.com

Natalie C. Qandah
Natalie@vidalawpllc.com

Nabih H. Ayad
Ayadlaw@hotmail.com

Michael J. Steinberg
msteinberg@aclumich.org

Miriam J. Aukerman
maukerman@aclumich.org

                                               s/ Briana Yuh
                                               BRIANA YUH
                                               Trial Attorney
                                               District Court Section
                                               Office of Immigration Litigation
                                               P.O. Box 868 Ben Franklin Station
                                               Washington, DC 200044
                                               Telephone: (202) 532-4165
                                               Facsimile: (202) 305-7000
                                               Briana.Yuh@usdoj.gov

                                               *Counsel for Defendants*