UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARAB AMERICAN CIVIL
RIGHTS LEAGUE, et al.,

      Plaintiffs,               Civil No. 17-10310
                                    Hon. VICTORIA A. ROBERTS
                                    Mag. Judge Stephanie D. Davis

v.

DONALD TRUMP, et al.,

      Defendants.

**ORDER**
**GRANTING DEFENDANTS' MOTION TO FILE STATUS UPDATE**

It is ORDERED that Defendants' Motion to File Status Update is GRANTED. Defendants' deadline to file a status update is up to Monday, February 13, 2017 at 5:00 pm.


Date: February 13, 2017        S/Victoria A. Roberts
                                            Victoria A. Roberts
                                            United States District Judge