# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **ARAB AMERICAN CIVIL RIGHTS LEAGUE**, et al., | |
| *Plaintiffs*, | Case No. 2:17-cv-10310-VAR-SDD |
| *v.* | Hon. Victoria A. Roberts |
| **DONALD TRUMP**, et al., | Mag. J.  Stephanie D. Davis |
| *Defendants*. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs SAMIR ALMASMARI, SABAH ALMASMARY, HANA ALMASMARI, MOUNIRA ATIK, WALID JAMMOUL, NAGI ALGAHAIM, KOKAB ALGAZALI, SHAIKA SHAGERA, YUSRA AL SOUFI, HASAN AL-AHMED, SALHA AL-TALAQANI, and ABUBAKER ABBASS voluntarily dismiss their claims in this action without prejudice, based on Section 13 of Executive Order 13780, which revokes Executive Order 13769 as of today's date; Section 3(b)(i) of Executive Order 13780, which states that the provisions of Section 2 of Executive Order 13780 "shall not apply to . . . any lawful permanent resident of the United States"; Section 3(a) of Executive Order 13780, which exempts foreign nationals of the designated countries who are in the United States on the effective date of that order or who had a valid visa at 5

p.m., eastern standard time on January 27, 2017 or on March 16, 2017; and public representations by the United States Government and its officials and agencies that Executive Order 13780 shall not restrict the right of lawful permanent residents to enter the United States or the right of individuals who had valid visas on either January 27, 2017 or March 16, 2017, to enter the United States.

In the event that Executive Order 13780 is applied in a manner such that it does affect the rights of those Plaintiffs whose claims are being dismissed pursuant to this Notice, those Plaintiffs reserve the right to rejoin this litigation.

Dated: March 16, 2017                                  Respectfully submitted,

**Counsel for Arab American Civil Rights League**

AYAD LAW, P.L.L.C.
/s/ Nabih H. Ayad
Nabih H. Ayad (P59518)
645 Griswold St., Ste. 2202
Detroit, MI 48226
(313) 983-4600
nayad@ayadlaw.com

/s/ Rula Aoun
Rula Aoun (P79119)
4917 Schaefer Rd.
Dearborn, MI 48126
(313) 633-0231
rula@acrlmich.org

HAMMOUD, DAKHLALLAH & ASSOCIATES, PLLC
/s/ Kassem M. Dakhlallah
Kassem Dakhlallah (P70842)
6050 Greenfield Rd., Suite 201
Dearborn, MI 48126
(313) 551-3038
kd@hdalawgroup.com

VIDA LAW GROUP, PLLC
/s/ Mona Fadlallah
/s/ Natalie C. Qandah
Mona Fadlallah (P64197)
Natalie C. Qandah (P58434)
43050 Ford Road, Suite 160
Canton, MI 48187
Phone: (734) 456-9004

                Facsimile: (734) 456-9003
                Mona@vidalawpllc.com
                Natalie@vidalawpllc.com

### Counsel for American Arab Chamber of Commerce

FARHAT & ASSOCIATES, PLLC
/s/ Helal Farhat
Helal Farhat (P64872)
Counsel for the Arab American
Chamber of Commerce
6053 Chase Rd.
Dearborn, MI 48126
(313) 945-5100
hfarhat@saflegal.com

### Counsel for Arab American and Chaldean Council

/s/ Nida Samona
Nida Samona (P45356)
Attorney at Law
Arab Chaldean Council ("ACC")
363 W. Big Beaver Rd., Suite 300
Troy, MI 48084
(248) 559 1990
Nidas@myacc.org

### Counsel for Hend Alshawish, Salim Alshawishm, Yusef Abdullah, Fahmi Jahaf, and Mohamed Alshega

AYAD LAW, P.L.L.C.

| /s/ Nabih H. Ayad | /s/ Rula Aoun |
|---|---|
| Nabih H. Ayad (P59518) | Rula Aoun (P79119) |
| Attorney for Plaintiffs | 4917 Schaefer Rd. |
| 645 Griswold St., Ste. 2202 | Dearborn, MI 48126 |
| Detroit, MI 48226 | (313) 633-0231 |
| (313) 983-4600 | rula@acrlmich.org |
| nayad@ayadlaw.com | |

| | |
|---|---|
| HAMMOUD, DAKHLALLAH & ASSOCIATES, PLLC<br>/s/ Kassem M. Dakhlallah<br>Kassem Dakhlallah (P70842)<br>6050 Greenfield Rd., Suite 201<br>Dearborn, MI 48126<br>(313) 551-3038<br>kd@hdalawgroup.com<br><br><br>/s/ Ali K. Hammoud<br>Ali K. Hammoud (P73076)<br>6050 Greenfield Rd., Suite 201<br>Dearborn, MI 48126<br>(313) 551-3038<br>ah@hdalawgroup.com | VIDA LAW GROUP, PLLC<br>/s/ Mona Fadlallah<br>/s/ Natalie C. Qandah<br>Mona Fadlallah (P64197)<br>Natalie C. Qandah (P58434)<br>43050 Ford Road, Suite 160<br>Canton, MI 48187<br>Phone: (734) 456-9004<br>Facsimile: (734) 456-9003<br>Mona@vidalawpllc.com<br>Natalie@vidalawpllc.com |

**Counsel for American Civil Liberties Union of Michigan, Arab American Studies Association, Adeeb Saleh, Sofana Bella, Hilal Alkateeb and S.A., a minor through her Parent and Next Friend, Hilal Alkatteeb**

| | |
|---|---|
| /s/ Miriam Aukerman<br>Miriam Aukerman (P63165)<br>American Civil Liberties Union Fund of Michigan<br>1514 Wealthy SE, Suite 242<br>Grand Rapids, MI 49506<br>(616) 301-0930<br>maukerman@aclumich.org<br><br>/s/ Michael J. Steinberg<br>Michael J. Steinberg (P43085)<br>Daniel S. Korobkin (P72842)<br>Kary L. Moss (P49759)<br>American Civil Liberties Union Fund of Michigan<br>2966 Woodward Avenue | /s/ Samuel R. Bagenstos<br>Samuel R. Bagenstos (P73971)<br>Cooperating Attorney,<br>American Civil Liberties Union Fund of Michigan<br>625 South State Street<br>Ann Arbor, Michigan 48109<br>(734) 647-7584<br>sbagen@gmail.com<br><br>/s/ Margo Schlanger<br>Margo Schlanger (N.Y. Bar #2704443 (3d Dept))<br>Cooperating Attorney,<br>American Civil Liberties Union Fund of Michigan<br>625 South State Street |

Detroit, MI 48201  
(313) 578-6814  
msteinberg@aclumich.org

Ann Arbor, Michigan 48109  
(734) 615-2618  
margo.schlanger@gmail.com

/s/ Jason C. Raofield
Jason C. Raofield (D.C. Bar #463877)  
Covington & Burling LLP  
One City Center  
850 10th Street, NW  
Washington, D.C.  20001  
(202) 662-5072  
Email: jraofield@cov.com

## CERTIFICATE OF SERVICE

This Notice was filed on March 16, 2017, via the Court's ECF system, which provides notice to all counsel of record.

/s/ Jason C. Raofield
Jason C. Raofield (D.C. Bar #463877)