UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

ARAB AMERICAN CIVIL
RIGHTS LEAGUE, et al.,

    Plaintiffs,                                         Case No. 17-10310
                                                             Honorable Victoria A. Roberts

v.

DONALD TRUMP, et al.,

    Defendants.
_____/

## ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR EXPEDITED BRIEFING [Doc. 44]

On March 16, 2017, Plaintiffs filed a motion for expedited discovery [Doc. 43] and motion for expedited briefing of their motion for expedited discovery [Doc. 44]. They propose that Defendants' response to their motion for expedited discovery be due March 21, and that their reply be due March 23.

The Court **GRANTS IN PART** Plaintiffs' motion for expedited briefing. Defendants' response to Plaintiffs' motion for expedited discovery is due at **5:00 p.m.** on **Friday, March 24, 2017**; Plaintiffs' reply is due **Tuesday, March 28, 2017**.

    **IT IS ORDERED**.

                                                          S/Victoria A. Roberts
                                                          Victoria A. Roberts
                                                          United States District Judge

Dated: March 21, 2017

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 21, 2017.

s/Linda Vertriest
Deputy Clerk