# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**ARAB AMERICAN CIVIL RIGHTS LEAGUE**, et al.,

*Plaintiffs*,

*v.*

**DONALD TRUMP**, et al.,

*Defendants*.

Case No. 2:17-cv-10310-VAR-SDD

Hon. Victoria A. Roberts

Mag. J. Stephanie D. Davis

## PLAINTIFFS' NOTICE REGARDING THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

On May 8, 2017, Plaintiffs filed their memorandum in opposition to Defendants' Motion to Dismiss. Doc. 86. Because the Court's Electronic Case Filing ("ECF") system requires that a filing attorney only file documents on behalf of the clients he or she represents, Plaintiffs American Arab Chamber of Commerce, Arab American Civil Rights League, Hend Alshawish, Salim Alshawish, Yousef Abdullah, Fahmi Jahaf, and Mohamed Alshega, by and through undersigned counsel, hereby give notice that they join the Opposition in its entirety. Plaintiffs file this notice because the Court's Electronic Case Filing ("ECF") system requires that a filing attorney only file documents on behalf of the

clients he or she represents. Plaintiffs want to make clear that the May 8 Opposition is filed on behalf of all Plaintiffs in this action.

Dated: May 9, 2017                                    Respectfully submitted,

**Counsel for American Arab Chamber of Commerce, Arab American Civil Rights League, Hend Alshawish, Salim Alshawish, Yousef Abdullah, Fahmi Jahaf, and Mohamed Alshega**

AYAD LAW, P.L.L.C.
/s/ Nabih H. Ayad
Nabih H. Ayad (P59518)
645 Griswold St., Ste. 2202
Detroit, MI 48226
(313) 983-4600
nayad@ayadlaw.com