IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ARAB AMERICAN CIVIL RIGHTS LEAGUE**, et al.,

*Plaintiffs*,

*v.*

**DONALD TRUMP**, et al.,

*Defendants*.

Case No. 2:17-cv-10310-VAR-SDD

Hon. Victoria A. Roberts

Mag. J.  Stephanie D. Davis

## UNOPPOSED *EX PARTE* MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS

Plaintiffs, by and through counsel, hereby move under L.R. 7.1(d)(3)(A) for leave to file over length briefing in support of Plaintiffs' forthcoming Motion to Compel.  Plaintiffs seek leave to file a brief not to exceed thirty pages.  Defendants have notified Plaintiffs that they concur with this request.

In support of this request, Plaintiffs state the following:

1) Local Rule 7.1(d)(3)(A) generally provides for a twenty-five-page limit for opening briefs.  However, the Rule also provides that a party "seeking to file a longer brief may apply ex parte in writing setting for the reasons."

2) On May 11, 2017, the Court entered an order directing Defendants to "produce the document responsive to document request 1 by May 19,

2017" and, "[i]f Defendants object to any discovery request, [to] set forth their reasoning and legal justification, with full citations and argument, in the response to Plaintiffs." The Order further stated, "If Plaintiffs file a motion to compel . . . the Court will treat [Defendants' objections] as the Defendants' brief for deciding the motion." (ECF # 89)

3) On May 19, 2017, Defendants served "Defendants' Response and Objections to Plaintiffs' First Set of Document Requests, Request No. 1." This document is 34 pages long, not including signature pages or exhibits.

4) Plaintiffs intend to file a motion to compel the production of the document sought in Document Request 1.

5) Plaintiffs hereby seek leave to file a memorandum in support of their motion to compel that is thirty pages in length. Defendants claim that they are entitled to resist production of the Giuliani Memorandum on a variety of grounds, including but not limited to arguing that: this Court lacks the power to order Defendants to respond to discovery; the Memorandum is not relevant to any of Plaintiffs' claims; Defendants may not have possession, custody, or control of the Memorandum; it is too burdensome for Defendants to search for the Memorandum to determine whether it exists; and the Memorandum, if it exists, could be protected by legal privileges that Defendants and third parties should be allowed to assert in

the future if their other objections are overruled. Although Plaintiffs believe that these objections lack merit, Plaintiffs seek an extension of five pages beyond the usual limit to respond fully to Defendants' objections.

6) On May 23, 2017, the Parties held a meet-and-confer to discuss Defendants' response. At that time, counsel for Defendants stated that they do not object to Plaintiffs requesting permission to file a thirty-page brief in support their motion to compel.

7) Plaintiffs submit that this extension request is not for an improper purpose and will not prejudice either side.

For these reasons, Plaintiffs respectfully request that this Court grant this unopposed motion for leave for Plaintiffs to file a brief in support of their motion to compel not to exceed 30 pages.

Dated: May 24, 2017                                  Respectfully submitted,

## Counsel for Arab American Civil Rights League

AYAD LAW, P.L.L.C.
/s/ Nabih H. Ayad
Nabih H. Ayad (P59518)
645 Griswold St., Ste. 2202
Detroit, MI 48226
(313) 983-4600
nayad@ayadlaw.com

/s/ Rula Aoun
Rula Aoun (P79119)
4917 Schaefer Rd.
Dearborn, MI 48126
(313) 633-0231
rula@acrlmich.org

HAMMOUD, DAKHLALLAH & ASSOCIATES, PLLC
/s/ Kassem M. Dakhlallah
Kassem Dakhlallah (P70842)
6050 Greenfield Rd., Suite 201
Dearborn, MI 48126
(313) 551-3038
kd@hdalawgroup.com

VIDA LAW GROUP, PLLC
/s/ Mona Fadlallah
/s/ Natalie C. Qandah
Mona Fadlallah (P64197)
Natalie C. Qandah (P58434)
43050 Ford Road, Suite 160
Canton, MI 48187
Phone: (734) 456-9004
Facsimile: (734) 456-9003
Mona@vidalawpllc.com
Natalie@vidalawpllc.com

## Counsel for American Arab Chamber of Commerce

FARHAT & ASSOCIATES, PLLC
/s/ Helal Farhat
Helal Farhat (P64872)
Counsel for the American Arab Chamber of Commerce
6053 Chase Rd.
Dearborn, MI 48126
(313) 945-5100
hfarhat@saflegal.com

AYAD LAW, P.L.L.C.
/s/ Nabih H. Ayad
Nabih H. Ayad (P59518)
Attorney for Plaintiffs
645 Griswold St., Ste. 2202
Detroit, MI 48226
(313) 983-4600
nayad@ayadlaw.com

**Counsel for Hend Alshawish, Salim Alshawish, Yousef Abdullah, Fahmi Jahaf, and Mohamed Alshega**

AYAD LAW, P.L.L.C.
/s/ Nabih H. Ayad
Nabih H. Ayad (P59518)
Attorney for Plaintiffs
645 Griswold St., Ste. 2202
Detroit, MI 48226
(313) 983-4600
nayad@ayadlaw.com

/s/ Rula Aoun
Rula Aoun (P79119)
4917 Schaefer Rd.
Dearborn, MI 48126
(313) 633-0231
rula@acrlmich.org

HAMMOUD, DAKHLALLAH & ASSOCIATES, PLLC
/s/ Kassem M. Dakhlallah
Kassem Dakhlallah (P70842)
6050 Greenfield Rd., Suite 201
Dearborn, MI 48126
(313) 551-3038
kd@hdalawgroup.com

VIDA LAW GROUP, PLLC
/s/ Mona Fadlallah
/s/ Natalie C. Qandah
Mona Fadlallah (P64197)
Natalie C. Qandah (P58434)
43050 Ford Road, Suite 160
Canton, MI 48187
Phone: (734) 456-9004
Facsimile: (734) 456-9003
Mona@vidalawpllc.com
Natalie@vidalawpllc.com

/s/ Ali K. Hammoud
Ali K. Hammoud (P73076)
6050 Greenfield Rd., Suite 201
Dearborn, MI 48126
(313) 551-3038
ah@hdalawgroup.com

**Counsel for American Civil Liberties Union of Michigan, Arab American and Chaldean Council, Arab American Studies Association, Adeeb Saleh, Sofana Bella, Hilal Alkatteeb and S.A., a minor through her Parent and Next Friend, Hilal Alkatteeb**

/s/ Miriam Aukerman
Miriam Aukerman (P63165)
American Civil Liberties Union Fund of Michigan
1514 Wealthy SE, Suite 242
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org

/s/ Samuel R. Bagenstos
Samuel R. Bagenstos (P73971)
Cooperating Attorney,
American Civil Liberties Union Fund of Michigan
625 South State Street
Ann Arbor, Michigan 48109
(734) 647-7584
sbagen@gmail.com

/s/ Michael J. Steinberg
Michael J. Steinberg (P43085)
Daniel S. Korobkin (P72842)
Kary L. Moss (P49759)
American Civil Liberties Union Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6814
msteinberg@aclumich.org

/s/ Margo Schlanger
Margo Schlanger (N.Y. Bar #2704443 (3d Dept.))
Cooperating Attorney,
American Civil Liberties Union Fund of Michigan
625 South State Street
Ann Arbor, Michigan 48109
(734) 615-2618
margo.schlanger@gmail.com

/s/ Jason C. Raofield
Jason C. Raofield (D.C. Bar #463877)
Nishchay H. Maskay (D.C. Bar #998983)
Covington & Burling LLP
One City Center
850 10th Street, NW
Washington, D.C. 20001
(202) 662-5072
jraofield@cov.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ARAB AMERICAN CIVIL RIGHTS LEAGUE**, et al.,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>**DONALD TRUMP**, et al.,<br><br>*Defendants*. | Case No. 2:17-cv-10310-VAR-SDD<br><br>Hon. Victoria A. Roberts<br><br>Mag. J. Stephanie D. Davis |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
UNOPPOSED EX PARTE MOTION
FOR LEAVE TO EXCEED PAGE LIMITATIONS**

It is hereby ORDERED that Plaintiffs' Motion for Leave to Exceed Page Limitations is GRANTED. Plaintiffs may file a brief in support of their forthcoming motion to compel that is 30 pages long, exclusive of signature pages.

**IT IS ORDERED.**

_____
Victoria A. Roberts
United States District Judge

Dated: _____