IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ARAB AMERICAN CIVIL RIGHTS LEAGUE**, et al.,  *Plaintiffs*,  v.  **DONALD TRUMP**, et al.,  *Defendants*. | Case No. 2:17-cv-10310-VAR-SDD  Hon. Victoria A. Roberts  Mag. J.  Stephanie D. Davis |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED EX PARTE MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS

It is hereby ORDERED that Plaintiffs' Motion for Leave to Exceed Page Limitations is GRANTED. Plaintiffs may file a brief in support of their forthcoming motion to compel that is 30 pages long, exclusive of signature pages.

**IT IS ORDERED.**

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: May 25, 2017