UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARAB AMERICAN CIVIL RIGHTS
LEAGUE, et al.,

    Plaintiffs,

v.                                            Case No. 17-10310
                                               Honorable Victoria A. Roberts

DONALD TRUMP, et al.,

    Defendants.
_____/

## ORDER

On May 31, 2017, Defendants filed a Motion to Stay Pending Supreme Court Proceedings. [Doc. 105]. Plaintiffs must respond to this motion by **June 2, 2017** at **5:00 p.m.**

In their motion to stay, Defendants indicate they intend to seek leave to file a short opposition to Plaintiffs' motion to compel, and they request an extension to respond to outstanding discovery requests, beyond the current June 2, 2017 deadline.

Defendants may file a short brief in opposition to Plaintiffs' motion to compel by **June 5, 2017**. Additionally, all deadlines for Defendants to respond to Plaintiffs' outstanding discovery requests are **SUSPENDED** until resolution of the pending motion to stay.

**IT IS ORDERED**.

                                                s/ Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: May 31, 2017