# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**ARAB AMERICAN CIVIL RIGHTS LEAGUE**, et al.,

*Plaintiffs*,

v.

**DONALD TRUMP**, et al.,

*Defendants*.

Case No. 2:17-cv-10310-VAR-SDD

Hon. Victoria A. Roberts

Mag. J. Stephanie D. Davis

## STIPULATED ORDER EXTENDING THE DEADLINES SET IN COURT'S ORDER OF NOVEMBER 16, 2017

It is hereby ORDERED that the Parties' Stipulated Motion for Extension of Deadlines Set in Court's Order of November 16, 2017 (ECF #119) is GRANTED. Plaintiffs may file a third amended complaint by no later than thirty days after the Supreme Court denies certiorari or enters a judgment in *Trump v. Hawaii et al.* or *Trump v. International Refugee Assistance Project et al.* If the Supreme Court disposes of those two cases separately, then Plaintiffs' third amended complaint will be due by thirty days after the later of the Supreme Court's orders.  Defendants must

answer or otherwise respond to the third amended complaint by no later than thirty days after it is filed.

**IT IS ORDERED.**

S/ Victoria A. Roberts<br>Victoria A. Roberts<br>United States District Judge

Dated: 12/7/17