# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**ARAB AMERICAN CIVIL RIGHTS LEAGUE**, et al.,

*Plaintiffs*,

*v.*

**DONALD TRUMP**, et al.,

*Defendants*.

Case No. 2:17-cv-10310-VAR-SDD

Hon. Victoria A. Roberts

Mag. J. Stephanie D. Davis

## ORDER EXTENDING THE DEADLINES SET IN THE COURT'S ORDER OF DECEMBER 7, 2017

It is hereby ORDERED that Plaintiffs' Unopposed Motion for Extension of Deadlines Set in Court's Order of December 7, 2017 (ECF #121) is GRANTED. Plaintiffs may file a third amended complaint by September 13, 2018.

**IT IS ORDERED.**

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: July 24, 2018