IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ARAB AMERICAN CIVIL RIGHTS LEAGUE**, et al., | |
| *Plaintiffs*, | Case No. 2:17-cv-10310-VAR-SDD |
| *v.* | Hon. Victoria A. Roberts |
| **DONALD TRUMP**, et al., | Mag. J. Stephanie D. Davis |
| *Defendants*. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs YOUSEF ABDULLAH, MOHAMED ALSHEGA, ADEEB SALEH, HILAL ALKATTEEB, and S.A., a minor and through her Parent and Next Friend, HILAL ALKATTEEB, voluntarily dismiss their claims in this action without prejudice, based on the fact that Plaintiffs' family members abroad have either entered the United States or are no longer actively attempting to enter the United States. Plaintiff SOFANA BELLA voluntarily dismisses her claims in this action without prejudice, based on the fact that Proclamation 9645 ("EO-3") does not place entry restrictions on nationals of Sudan.

In the event that EO-3 or any successor order is written or applied in a manner such that it does affect the rights of those Plaintiffs whose claims are being

dismissed pursuant to this Notice, those Plaintiffs reserve the right to rejoin this litigation or initiate other litigation.

Dated: September 13, 2018                            Respectfully submitted,

**Counsel for Arab American Civil Rights League, American Arab Chamber of Commerce, Hend Alshawish, Salim Alshawish, Yousef Abdullah, Fahmi Jahaf, and Mohamed Alshega**

AYAD LAW, P.L.L.C.
*/s/ Nabih H. Ayad*
Nabih H. Ayad (P59518)
645 Griswold St., Ste. 2202
Detroit, MI 48226
(313) 983-4600
nayad@ayadlaw.com

**Counsel for American Civil Liberties Union of Michigan, Arab American and Chaldean Council, Arab American Studies Association, Adeeb Saleh, Sofana Bella, Hilal Alkatteeb, S.A., a minor through her Parent and Next Friend, Hilal Alkatteeb, and Kaltum Saleh**

*/s/ Jason C. Raofield*
Jason C. Raofield (D.C. Bar #463877)
Covington & Burling LLP
One City Center
850 10th Street, NW
Washington, D.C.  20001
(202) 662-5072
jraofield@cov.com

## CERTIFICATE OF SERVICE

This Notice was filed on September 13, 2018, via the Court's ECF system, which provides notice to all counsel of record.

                                                    /s/ Jason C. Raofield
                                                    Jason C. Raofield (D.C. Bar #463877)