# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ARAB AMERICAN CIVIL RIGHTS LEAGUE, *et al.*, | |
| Plaintiffs, | Case No. 17-10310 |
| v. | Hon. Victoria A. Roberts |
| DONALD TRUMP, President of the United States, *et al.*, | |
| Defendants. | |

## MOTION TO WITHDRAW AS COUNSEL

Briana Yuh hereby moves to withdraw as counsel for Defendants Donald Trump, *et al.* Counsel of record for Defendants otherwise remains the same.

1

DATED: September 28, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General, Civil Division

WILLIAM C. PEACHEY
Director

GISELA A. WESTWATER
Assistant Director

*/s/ Briana Yuh*
BRIANA YUH
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20004
Tel: 202-532-4165
Email: briana.yuh@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I certify that all participants are CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  September 28, 2018           Respectfully submitted,

                                                    By: */s/ Briana Yuh*

                                                    Trial Attorney
                                                    U.S. Department of Justice
                                                    Civil Division
                                                    Office of Immigration Litigation
                                                    P.O. Box 868, Ben Franklin Station
                                                    Washington, DC 20004
                                                    Tel:  202-532-4165