# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**ARAB AMERICAN CIVIL RIGHTS LEAGUE**, et al.,

*Plaintiffs*,

v.

**DONALD TRUMP**, et al.,

*Defendants*.

Case No. 2:17-cv-10310-VAR-SDD

Hon. Victoria A. Roberts

Mag. J. Stephanie D. Davis

## STIPULATED MOTION FOR EXTENSION OF TIME

On October 15, 2018, Defendants filed a Motion to Dismiss Plaintiffs' Third Amended Complaint (ECF #128). Pursuant to Local Rule 7.1(e)(1), Plaintiffs' opposition brief is due on November 5, 2018, and Defendants' reply brief is due on November 19, 2018. The Parties have conferred about the schedule for further briefing and have agreed, subject to the Court's approval, to a fourteen-day extension of these deadlines. The Parties submit that this extension request is not for the purpose of undue delay, and will not prejudice either side. The Parties therefore ask that the Court order that:

(1) Plaintiffs may file their response to Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint on or before November 19, 2018; and

(2) Defendants may file their reply brief on or before December 17, 2018.

Dated: October 25, 2018                                    Respectfully submitted,


AYAD LAW, P.L.L.C.                                         JOSEPH H. HUNT
/s/ Nabih H. Ayad                                          Assistant Attorney General
Nabih H. Ayad (P59518)
645 Griswold St., Ste. 2202                                WILLIAM C. PEACHEY
Detroit, MI 48226                                          Director
(313) 983-4600
nayad@ayadlaw.com                                          GISELA A. WESTWATER
                                                           Assistant Director

*Counsel for Plaintiffs Arab American Civil Rights League, American Arab Chamber of Commerce, Hend Alshawish, Salim Alshawish, and Fahmi Jahaf*

/s/ Jason C. Raofield                                      /s/ Joshua S. Press
Jason C. Raofield (D.C. Bar #463877)                       JOSHUA S. PRESS
Covington & Burling LLP                                    Trial Attorney
One City Center                                            U.S. Department of Justice
850 10th Street, NW                                        Office of Immigration Litigation
Washington, DC 20001                                       District Court Section
(202) 662-5072                                             P.O. Box 868
jraofield@cov.com                                          Ben Franklin Station
                                                           Washington, DC 20044
                                                           Phone: (202) 305-0106
                                                           joshua.press@usdoj.gov

*Counsel for Plaintiffs American Civil Liberties Union of Michigan, Arab American and Chaldean Council, Arab American Studies Association, and Kaltum Saleh*

                                                           KATHERINE J. SHINNERS
                                                           Trial Attorney

                                                           *Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ARAB AMERICAN CIVIL RIGHTS LEAGUE**, et al.,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>**DONALD TRUMP**, et al.,<br><br>*Defendants*. | Case No. 2:17-cv-10310-VAR-SDD<br><br>Hon. Victoria A. Roberts<br><br>Mag. J. Stephanie D. Davis |

### [PROPOSED] STIPULATED ORDER GRANTING EXTENSION OF TIME

It is hereby ORDERED that the Parties' Stipulated Motion for Extension of Time is GRANTED.

(1) Plaintiffs may file their response to Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint on or before November 19, 2018; and

(2) Defendants may file their reply brief on or before December 17, 2018.

**IT IS ORDERED.**

_____
Victoria A. Roberts
United States District Judge

Dated: _____

## CERTIFICATE OF SERVICE

This Motion was filed on October 25, 2018, via the Court's ECF system, which provides notice to all counsel of record.

                                              */s/ Jason C. Raofield*
                                              Jason C. Raofield
                                              (D.C. Bar #463877)