# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**ARAB AMERICAN CIVIL RIGHTS LEAGUE**, et al.,

*Plaintiffs*,

*v.*

**DONALD TRUMP**, et al.,

*Defendants*.

Case No. 2:17-cv-10310-VAR-SDD

Hon. Victoria A. Roberts

Mag. J. Stephanie D. Davis

## STIPULATED ORDER GRANTING EXTENSION OF TIME

It is hereby ORDERED that the Parties' Stipulated Motion for Extension of Time is GRANTED.

(1) Plaintiffs may file their response to Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint on or before November 19, 2018; and

(2) Defendants may file their reply brief on or before December 17, 2018.

**IT IS ORDERED.**

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: 10/29/18