UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

ARAB AMERICAN CIVIL RIGHTS
LEAGUE, ET AL.,

    Plaintiffs,

v.                                        Case No.  17-10310
                                           Honorable Victoria A. Roberts

DONALD TRUMP, ET AL.,

    Defendants.
_____/

**ORDER STRIKING DOCUMENT**

On May 24, 2019, Attorney Helal Farhat filed a Consent Order Granting Substitution of Attorney [Doc. 136].

The Court strikes the document because:

1. The Consent Order Granting Substitution of Attorney is not signed by new counsel; and

2. Proposed orders must be submitted under the utilities section of ECF. Electronic Filing Policies and Procedures Rule 11.

The Consent Order Granting Substitution of Attorneys is deem **STRICKEN** and not part of the record.

**IT IS ORDERED.**

                                                              s/ Victoria A. Roberts
                                                              Victoria A. Roberts
                                                              United States District Judge

Dated: 6/9/19