# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

| | |
|---|---|
| ARAB AMERICAN CIVIL RIGHTS LEAGUE ("ACRL"), *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, President of the United States of America, *et al.*, <br><br> Defendants. | Case No. 2:17-cv-10310 <br><br> Hon. Victoria A. Roberts <br> Mag. Judge Stephanie D. Davis |

## STIPULATED MOTION REQUESTING EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' THIRD AMENDED COMPLAINT

The Parties request the Court extend Defendants' deadline to answer Plaintiffs' Third Amended Complaint by seven (7) days from July 24, 2019 to July 31, 2019.

In support of this joint request, the Parties state the following:

(1)   This is Defendants' first request for additional time.

(2)   Defendants' counsel has multiple hearings this week in unrelated matters that require substantial preparation.

(3)   On July 24, 2019, counsel for the Parties discussed this extension via electronic mail, and agreed that a seven (7) day extension would provide

Defendants' counsel with a sufficient amount of time to file an Answer to the 434-paragraph long Third Amended Complaint, while not prejudicing the Plaintiffs.

(4) The Parties submit that this extension request is not for the purpose of undue delay, and the Plaintiffs and Defendants agree that the extension will not prejudice either side, as the parties are briefing the pending motions.

Good cause, therefore, exists for this stipulated request. Accordingly, the Parties request the Court extend the Defendants' deadline to answer Plaintiffs' Third Amended Complaint by an additional seven (7) days from July 24, 2019 to July 31, 2019.

|  |  |
|---|---|
| | Respectfully submitted, |
| AYAD LAW, P.L.L.C. | JOSEPH H. HUNT |
| s/ Nabih H. Ayad | Assistant Attorney General |
| Nabih H. Ayad (P59518) | |
| 645 Griswold St., Ste. 2202 | WILLIAM C. PEACHEY |
| Detroit, MI 48226 | Director |
| (313) 983-4600 | |
| nayad@ayadlaw.com | GISELA A. WESTWATER |
| | Assistant Director |
| *Counsel for Plaintiffs Arab American Civil Rights League, American Arab Chamber of Commerce, Hend Alshawish, Salim Alshawish, and Fahmi Jahaf* | |
| *s/ Jason C. Raofeld* | *s/Joshua S. Press* |
| Jason C. Raofield (D.C. Bar #463877) | JOSHUA S. PRESS |
| Covington & Burling LLP | Trial Attorney |

2

One City Center
850 10th Street, NW
Washington, DC 20001
(202) 662-5072
jraofield@cov.com

*Counsel for Plaintiffs American Civil
Liberties Union of Michigan, Arab
American and Chaldean Council,
Arab American Studies Association,
and Kaltum Saleh*

U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-0106
e-Mail: joshua.press@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that I served the foregoing document on all parties of record by filing this document with the Clerk of the Court using the CM/ECF system, which will provide notice and an electronic link to this document to all parties of record.

                               */s/ Joshua S. Press*
                               U.S. Department of Justice
                               Civil Division

# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ARAB AMERICAN CIVIL RIGHTS LEAGUE ("ACRL"), *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, President of the United States of America, *et al.*, <br><br> Defendants. | Case No. 2:17-cv-10310 <br><br> Hon. Victoria A. Roberts <br> Mag. Judge Stephanie D. Davis |

    The Court GRANTS the Parties stipulated request to move Defendants' deadline to answer Plaintiffs' Third Amended Complaint by an additional seven (7) days from July 24, 2019, to July 31, 2019.

    IT IS SO ORDERED.


DATED: _____      _____
                                                                                       Hon. Victoria A. Roberts
                                                                                       United States District Judge