# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ARAB AMERICAN CIVIL RIGHTS LEAGUE ("ACRL"), *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States of America, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-10310<br><br><br><br>Hon. Victoria A. Roberts<br>Mag. Judge Stephanie D. Davis |

## ORDER GRANTING MOTION

The Court GRANTS the Parties stipulated request to move Defendants' deadline to answer Plaintiffs' Third Amended Complaint by an additional seven (7) days from July 24, 2019, to July 31, 2019.

IT IS SO ORDERED.


DATED:   7/25/19                    s/ Victoria A. Roberts
                                    Hon. Victoria A. Roberts
                                    United States District Judge