# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ARAB AMERICAN CIVIL RIGHTS
LEAGUE, *et al.*,

    Plaintiffs,                                      Case No. 17-10310

        v.                                          Hon. Victoria A. Roberts

DONALD TRUMP, President of the United
States, *et al.*,

    Defendants.
_____/

## **MOTION TO WITHDRAW AS COUNSEL OF RECORD**

    Pursuant to Civil Local Rule 83.25(b), Gisela A. Westwater hereby requests to withdraw as Counsel of Record for all Defendants in the above-titled action. All other co-counsel of record will continue in their representation of Defendants in this case. As such, Defendants will suffer no prejudice and the case will not be delayed by Ms. Westwater's withdrawal.

    Good cause exists for Ms. Westwater's request. She has accepted a position with the Criminal Division of the U.S. Department of Justice. Her last day with the District Court Section of the Office of Immigration Litigation (the office within the Civil Division of the U.S. Department of Justice that is charged with defense of this action) is Friday, August 30, 2019.

A copy of this Motion to Withdraw will be sent concurrently to Plaintiffs' counsel in this case.

Accordingly, Ms. Westwater respectfully requests that the Court grant her request.

This 29th day of August, 2019.  Respectfully submitted,

/s/ Gisela A. Westwater

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General | GISELA A. WESTWATER<br>Assistant Director<br>District Court Section |
| WILLIAM C. PEACHEY<br>Director | Office of Immigration Litigation<br>United States Department of Justice<br>P.O. Box 868, Ben Franklin Station |
| SAMUEL P. GO<br>Senior Litigation Counsel | Washington, DC 20044<br>Telephone: (202) 532-4174<br>Gisela.Westwater@usdoj.gov |
| JOSHUA S. PRESS<br>Trial Attorney | *Attorneys for Defendants* |

## Certification of Service

I hereby certify that on August 29, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system.

*/s/ Gisela A. Westwater*
GISELA A. WESTWATER
Assistant Director
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

ARAB AMERICAN CIVIL RIGHTS
LEAGUE, *et al.*,

    Plaintiffs,                                               Case No. 17-10310

        v.                                                      Hon. Victoria A. Roberts

DONALD TRUMP, President of the United
States, *et al.*,

    Defendants.

_____/

### DECLARATION OF GISELA A. WESTWATER

I, Gisela A. Westwater, hereby declare as follows:

    1.    I am currently an assistant director in the District Court Section of the Office of Immigration Litigation, the Civil Division office responsible for defense of this action.

    2.    My last day in this office is Friday, August 30, 2019.

    3.    For this reason, I will no longer be authorized to represent Defendants in this matter.

    4.    All other co-counsel of record, including Joshua S. Press, will continue in their representation of Defendants in this case.

    5.    This withdrawal will not affect any pending deadlines in this matter.

This 29th day of August, 2019.                 Respectfully submitted,

                                                                /s/ Gisela A. Westwater
                                                               GISELA A. WESTWATER
                                                               Assistant Director