## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ARAB AMERICAN CIVIL
RIGHTS LEAGUE, et al.,
        Plaintiffs,

v.

DONALD TRUMP, et al.,
        Defendants.
_____/

Case No.: 2:17-cv-10310
Hon. Victoria A. Roberts
Mag. Judge Stephanie D. Davis

## STIPULATION AND ORDER ALLOWING
## MICHAEL J. STEINBERG TO WITHDRAW AS CO-COUNSEL

The parties, through their counsel, hereby stipulate that Michael J. Steinberg

may withdraw as co-counsel for plaintiffs in the above-captioned matter. Mr.

Steinberg is leaving the American Civil Liberties Union of Michigan to teach full-

time at the University of Michigan Law School. Plaintiffs will continue to be

represented by the remaining attorneys who entered appearances on their behalf.

Respectfully submitted,

/s/ Michael J. Steinberg
Michael J. Steinberg (P43085)
Daniel S. Korobkin (P72842)
American Civil Liberties Union
Fund of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6824
msteinberg@aclumich.org
dkorbkin@aclumich.org

/s/ Miriam Aukerman
Miriam Aukerman (P63165)
American Civil Liberties Union
Fund of Michigan
1514 Wealthy Street SE
Suite 260
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org

/s/ *Nabih H. Ayad* (by consent)
Nabih H. Ayad (P59518)
Ayad Law, P.L.L.C.
645 Griswold St., Suite 2202
Detroit, MI 48226
(313) 983-4600
nayad@ayadlaw.com
ayadlaw@hotmail.com


*Counsel for Plaintiffs*




/s/ *Joshua S. Press* (by consent)
Joshua S. Press
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868
Ben Franklin Station
Washington, D.C. 20044
(202) 305-0106
Joshua.press@usdoj.gov


*Counsel for Defendants*




Dated: August 28, 2019

## ORDER ALLOWING MICHAEL J. STEINBERG
## TO WITHDRAW AS CO-COUNSEL

Pursuant to the stipulation above, Michael J. Steinberg may withdraw, and is hereby considered withdrawn, from the case as co-counsel for Plaintiffs.  It is so ordered.

s/ Victoria A. Roberts
Hon. Victoria A. Roberts
United States District Judge

Dated:  9/3/19