**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ARAB AMERICAN CIVIL RIGHTS
LEAGUE, *et al.*,

    Plaintiffs,                                  Case No. 17-10310

        v.                                         Hon. Victoria A. Roberts

DONALD TRUMP, President of the United
States, *et al.*,

    Defendants.

_____/

**[PROPOSED] <u>ORDER</u>**

Pursuant to Civil Local Rule 83.25(b) and for good cause shown, Gisela A. Westwater's request to withdraw as counsel for Defendants in this action is granted. All other co-counsel of record will continue in their representation of Defendants in this case.

    SO ORDERED.

                                                               <u>s/ Victoria A. Roberts</u>
                                                               Victoria A. Roberts
                                                               United States District Judge

Dated: 9/7/19