# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**ARAB AMERICAN CIVIL RIGHTS LEAGUE**, et al.,

*Plaintiffs*,

v.

**DONALD TRUMP**, et al.,

*Defendants*.

Case No. 2:17-cv-10310-VAR-SDD

Hon. Victoria A. Roberts

Mag. J. Stephanie D. Davis

## STIPULATION AND ORDER ALLOWING NISHCHAY H. MASKAY TO WITHDRAW AS CO-COUNSEL

The parties, through their counsel, hereby stipulate that Nishchay H. Maskay may withdraw as co-counsel for certain plaintiffs in the above-captioned matter. Effective October 7, 2019, Mr. Maskay will no longer be employed by Covington & Burling LLP. Plaintiffs will continue to be represented by the remaining attorneys who entered appearances on their behalf.

Dated: October 1, 2019                                                        Respectfully submitted,

**Counsel for American Civil Liberties Union of Michigan, Arab American and Chaldean Council, Arab American Studies Association, and Kaltum Saleh**

| | |
|---|---|
| /s/ Miriam Aukerman | /s/ Nishchay H. Maskay |
| Miriam Aukerman (P63165) | Jason C. Raofield (D.C. Bar #463877) |
| American Civil Liberties Union Fund of Michigan | Nishchay H. Maskay (D.C. Bar #998983) |
| 1514 Wealthy SE, Suite 260 | Covington & Burling LLP |
| Grand Rapids, MI 49506 | 850 10th Street, NW |
| (616) 301-0930 | Washington, DC 20001 |
| maukerman@aclumich.org | (202) 662-6000 |
| | nmaskay@cov.com |

**Counsel for Arab American Civil Rights League, American Arab Chamber of Commerce, Hend Alshawish, Salim Alshawish, and Fahmi Jahaf**

AYAD LAW, P.L.L.C.
/s/ Nabih H. Ayad
Nabih H. Ayad (P59518)
645 Griswold St., Ste. 2202
Detroit, MI 48226
(313) 983-4600
nayad@ayadlaw.com

**Counsel for Defendants**

/s/ Joshua S. Press
Joshua S. Press
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 305-0106
joshua.press@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ARAB AMERICAN CIVIL RIGHTS LEAGUE**, et al., <br><br> *Plaintiffs*, <br><br> *v.* <br><br> **DONALD TRUMP**, et al., <br><br> *Defendants*. | Case No. 2:17-cv-10310-VAR-SDD <br><br> Hon. Victoria A. Roberts <br><br> Mag. J. Stephanie D. Davis |

## ORDER

It is hereby ORDERED that, pursuant to the Parties' Stipulation, Nishchay H. Maskay may withdraw, and is hereby considered withdrawn, from the case as co-counsel for Plaintiffs.

IT IS ORDERED.

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: 10/4/19