UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARAB AMERICAN CIVIL
RIGHTS LEAGUE, et al.,

    Plaintiffs,

v.

DONALD TRUMP, et al.,

    Defendants.

Civil No. 17-10310
Hon. VICTORIA A. ROBERTS
Mag. Judge Stephanie D. Davis

**STIPULTED ORDER HOLDING CURRENT DEADLINES IN ABEYANCE**

1. In this Court's Order [ECF 157], the Court certified its July 10, 2019 Order for interlocutory appeal but declined to stay discovery pending appeal;

2. Defendants have sought a stay of all district court proceedings from the Court of Appeals;

3. The Sixth Circuit Court of Appeals has not ruled on that request;

4. The Court directed the parties to develop a comprehensive discovery plan which will require a commensurate investment of time; that investment of time would be unnecessary if Sixth Circuit stays discovery;

5. The parties have met and conferred about upcoming deadlines; and

6. The parties stipulate that the current discovery deadlines are held in abeyance pending a ruling by the Sixth Circuit on Defendants' motion to

stay district court proceedings. The Court will reset deadlines after the Sixth Circuit rules.

**IT IS ORDERED:**

1. The current discovery deadlines are held in abeyance;

2. The December 12, 2019 Scheduling Conference is cancelled; and

3. The parties must notify the Court within 3 days of the Court of Appeals ruling.

Date: 11/26/19

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

APPROVED BY:

Date: November 22, 2019

/s/ Miriam J. Aukerman
Miriam J. Aukerman (P63165)
American Civil Liberties Union
Fund of Michigan
1514 Wealthy Street, Suite 201
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org

*Counsel for Plaintiffs*

/s/ Joshua S. Press
Joshua S. Press
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 305-0106

*Counsel for Defendants*