# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 10, 2021

Ms. Miriam J. Aukerman
Mr. Nabih H. Ayad
Mr. Daniel S. Korobkin
Mr. Jason C. Raofield
Ms. Alyson Sandler
Mr. Joshua Paul Waldman

      Re:  Case No. 19-2375, *Arab Amer. Civil Rights League, et al v. Donald Trump, et al*
            Originating Case No.: 2:17-cv-10310

Dear Counsel,

  The Court issued the enclosed Order today in this case.

                                      Sincerely yours,

                                      s/Laura A. Jones
                                      Case Management Specialist
                                      Direct Dial No. 513-564-7023

cc:  Ms. Lynne Bernabei
      Mr. Subodh Chandra
      Ms. Kinikia D. Essix
      Mr. Alan R. Kabat
      Mr. Julian Davis Mortenson

Enclosure

No mandate to issue

No. 19-2375

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| ARAB AMERICAN CIVIL RIGHTS LEAGUE, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants-Appellants, | **FILED**<br>Feb 10, 2021<br>DEBORAH S. HUNT, Clerk<br><br>O R D E R |

Before: KETHLEDGE, DONALD, and LARSEN, Circuit Judges.

The parties' joint motion to dismiss this appeal without prejudice as moot is granted, and the case is remanded with instructions to dismiss Plaintiffs' claims without prejudice as moot. We also vacate the district court's order denying Defendants' motion to dismiss, given that mootness precludes us from reviewing the merits of that order. *See United States v. Munsingwear, Inc.*, 340 U.S. 36 (1950).

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk