UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARAB AMERICAN CIVIL RIGHTS
LEAGUE, et al.,

    Plaintiffs,

v.

                                      Case No. 17-10310
                                      Honorable Victoria A. Roberts

DONALD TRUMP, et al.,

    Defendants.
_____/

## ORDER DISMISSING PLAINTIFFS' CLAIMS WITHOUT PREJUDICE AS MOOT

Pursuant to the Sixth Circuit's Order entered February 10, 2021, the Court **DISMISSES** Plaintiffs' claims **WITHOUT PREJUDICE** as moot.

The case is closed.

    **IT IS ORDERED**.

                                            s/ Victoria A. Roberts
                                            Victoria A. Roberts
                                            United States District Judge

Dated:  February 17, 2021