**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 11, 2021

Ms. Miriam J. Aukerman

Mr. Nabih H. Ayad

Ms. Lynne Bernabei

Mr. Subodh Chandra

Mr. Alan R. Kabat

Mr. Daniel S. Korobkin

Mr. Julian Davis Mortenson

Mr. Jason C. Raofield

Ms. Alyson Sandler

Mr. Joshua Paul Waldman

Re: Case No. 19-2375, *Arab Amer. Civil Rights League, et al v. Donald Trump, et al*
Originating Case No.: 2:17-cv-10310

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Amy E. Gigliotti
Case Management Specialist
Direct Dial No. 513-564-7012

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 19-2375

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

ARAB AMERICAN CIVIL RIGHTS LEAGUE, on behalf of itself, its members, and its clients; AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN, on behalf of itself and its members; AMERICAN ARAB CHAMBER OF COMMERCE, on behalf of itself and its members; ARAB AMERICAN & CHALDEAN COUNCIL, on behalf of itself and its members; ARAB AMERICAN STUDIES ASSOCIATION, on behalf of itself and its members; HEND ALSHAWISH; SALIM ALSHAWISH; FAHMI JAHAF; KALTUM SALEH, on behalf of themselves and all others similarly situated

       Plaintiffs - Appellees

v.

DONALD J. TRUMP, President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF STATE; U.S. DEPARTMENT OF JUSTICE; OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; KEVIN K. MCALEENAN, Acting Secretary of Homeland Security; MARK A. MORGAN, Senior Official Performing the Functions and Duties of the Commissioner of U.S. Customs and Border Protection; KENNETH T. CUCCINELLI, Acting Director of U.S. Citizenship and Immigration Services; MICHAEL R. POMPEO, Secretary of State; JOSEPH MAGUIRE, Acting Director of National Intelligence; UNITED STATES OF AMERICA; JEFFREY A. ROSEN, Acting U.S. Attorney General

       Defendants - Appellants

BEFORE: KETHLEDGE, DONALD, and LARSEN, Circuit Judges;

Upon consideration of the petition for rehearing filed by appellees Counsel for American Civil Liberties Union of Michigan, Arab American and Chaldean Council, Arab American Studies Association, and Kaltum Saleh,

It is **ORDERED** that the petition for rehearing be, and it hereby is, **DENIED**.

                                  **ENTERED BY ORDER OF THE COURT**
                                  Deborah S. Hunt, Clerk

Issued: March 11, 2021